UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAL OU,

                Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. C11-1637-MJP-BAT

**REPORT AND RECOMMENDATION**

Sal Ou brought an action seeking review of the denial of his application for disability insurance. Dkt. 3. The parties have filed a stipulated motion that the case be remanded, pursuant to sentence six of 42 U.S.C. § 405(g), for further administrative proceedings. The parties stipulate (1) the case should be remanded because significant portions of the recording of the hearing the ALJ conducted on July 20, 2010 are inaudible; (2) on remand, the Administrative Law Judge shall conduct a de novo hearing; (3) if the final decision of the Commissioner on remand is not fully favorable, plaintiff may seek judicial review by moving to reopen this case rather than by filing a new complaint; and (4) this Court shall retain jurisdiction. Dkt. 10.

The Court has reviewed the motion and record, and recommends the case be **REVERSED** and **REMANDED** for further administrative proceedings pursuant to the terms of the parties' stipulated motion. As the parties stipulate to remand, the Court recommends if this

REPORT AND RECOMMENDATION - 1

recommendation is adopted, that it be approved immediately. A proposed order accompanies this Report and Recommendation.

DATED this 2nd day of December, 2011.

/s/ BAT

BRIAN A. TSUCHIDA
United States Magistrate Judge