UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAL OU,

            Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

            Defendant.

Case No. C11-1637-MJP

**ORDER REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     The case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3)     Pursuant to sentence six of 42 U.S.C. § 405(g), the Court retains jurisdiction.

(4)     The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 5th day of December, 2011.

Marsha J. Pechman
United States District Judge

ORDER REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS - 1