UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAL OU, | ) |
| | ) |
| Plaintiff, | ) No. C11-1637-MJP |
| | ) |
| v. | ) |
| | ) ORDER GRANTING FEES AND COSTS |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

THIS MATTER having been brought before this Court upon Plaintiff's Motion for Equal Access to Justice Act attorneys' fees and costs, and the Court having fully considered this matter:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is Granted and Plaintiff is awarded attorneys' fees in the amount of $5,252.29 and reimbursement of expenses in the amount of $21.33, for a total of $5,273.62 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Plaintiff is also awarded $4.10 in costs under 28 U.S.C. § 1920.

The check(s) shall be mailed to Plaintiff's attorney's office: Robey Namba, P.S., 1414 F Street, Bellingham, WA 98225. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA

ORDER GRANTING FEES AND COSTS - 1

fees shall be made payable to Robey Namba, P.S. based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

DATED this 9th day of October, 2018.

*[signature]*
Marsha J. Pechman
United States District Judge

Presented By:

s/ David A. Namba
David A. Namba, WSBA #29347
Attorney for Plaintiff

RESPECTFULLY SUBMITTED on March 1, 2018.

ROBEY NAMBA, P.S.

s/ David A. Namba
David A. Namba, WSBA# 29347
Attorney for Plaintiff
Robey Namba, P.S.
1414 F Street
Bellingham, WA 98225
Telephone: 360.676.2548
Fax: 360.647.7838
E-mail: mail@robeynambalaw.com

ORDER GRANTING FEES AND COSTS - 2